Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
jes@slwlaw.com
jtp@slwlaw.com

Attorneys for Defendant
Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERI HENDRICKS, an individual, | |
| Plaintiff, | CASE NO.   2:09-cv-00252-RCJ-PAL |
| v. | **INTERIM STATUS REPORT** |
| WELLS FARGO BANK, N.A., a National Banking Association; DOES 1-100; ROE CORPORATIONS 1-100, | **OF WELLS FARGO BANK, N.A.** |
| Defendants. | |

Pursuant to Local Rule 26-3 and the parties' proposed Discovery Plan and Scheduling Order, which was approved and entered by the Court on or about August 17, 2009, Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), by and through its counsel, hereby submits the following interim status report:

1. The Plaintiff has submitted a settlement proposal that the Defendant is reviewing for approval. The need for trial may be eliminated if the parties are able to resolve the lawsuit through settlement (subject to bankruptcy court approval) or if one of the parties is able to prevail on a dispositive motion.

2. On or about October 19, 2009, Plaintiff filed for Chapter 7 bankruptcy and she is, therefore, no longer a real party in interest in this litigation. The bankruptcy trustee, assigned to handle Ms. Hendricks' bankruptcy proceedings is James F. Lisowski, Sr., P.O. Box, 95695, Las Vegas, NV 89193, (702) 737-6111, lisowskilaw@aol.com. While the bankruptcy proceedings preclude plaintiff from pursuing this litigation, the litigation may proceed as scheduled. The bankruptcy in no way prevents Defendant from defending itself in this lawsuit, and Mr. Lisowski, as trustee for Mrs. Hendricks' bankruptcy estate, if free to pursue this litigation, if he so desires.

3. The Court has scheduled a settlement conference for March 31, 2010, which may obviate the need for trial.

4. In the event trial is necessary, Defendant anticipates that trial will take approximately 2 days, and proposes that trial be set to begin on June 7, June 14 or June 21.

5. This Interim Status Report is submitted on behalf of Wells Fargo Bank, N.A. only, and not on behalf of Plaintiff, because Plaintiff is no longer the real party in interest to this litigation, and because Mr. Lisowski has not yet appeared in this matter.

DATED this 12 day of November, 2009.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2009, a true copy of the foregoing **Interim Status Report of Wells Fargo Bank, N.A.** was either served via the Court's CM/ECF system or mailed, postage prepaid, to the following:

Rodney S. Woodbury, Esq.
David T. Blake, Esq.
Woodbury, Morris & Brown
701 N. Green Valley Pkwy., Ste. 110
Henderson, NV 89074
Attorneys for Plaintiff

James F. Lisowski, Sr.
P.O. Box. 95695
Las Vegas, NV 89193
Trustee for Mrs. Hendricks'
Chapter 7 Bankruptcy Proceeding

_____
an employee of Smith Larsen & Wixom