```
1  Jay Earl Smith, Esq.
2  Nevada Bar No. 1182
   Joseph T. Prete, Esq.
3  Nevada Bar No. 9654
4  SMITH LARSEN & WIXOM
   Hills Center Business Park
5  1935 Village Center Circle
   Las Vegas, Nevada 89134
6  Tel: (702) 252-5002
7  Fax: (702) 252-5006
   jes@slwlaw.com
8  jtp@slwlaw.com

9  Attorneys for Defendant
   Wells Fargo Bank, N.A.
10
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERI HENDRICKS, an individual, | CASE NO.   2:09-cv-00252-RCJ-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY ALL PROCEEDINGS HEREIN FOR 60 DAYS** |
| WELLS FARGO BANK, N.A., a National Banking Association; DOES 1-100; ROE CORPORATIONS 1-100, | |
| Defendants. | (Second Request) |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), Plaintiff Teri Hendricks ("Hendricks") and Hendricks' Chapter 7 Bankruptcy Trustee, James Lisowski, by and through their counsel of record, hereby stipulate to stay all proceedings in this action for 60 days, including without limitation, proceedings related to Wells Fargo's motion for judgment on the pleadings (Doc. 24) and Plaintiff's motion for leave to file late opposition (Doc. 36), and Plaintiff's motion to withdraw

///

///

requests for admission (Doc. 38). This is the parties' second stipulation to stay proceedings.[1]

During the first stay of proceedings (90 days), the parties diligently explored an early resolution of this matter and, in fact, the parties nearly settled the case on two occasions, by way of two separate short sale agreements. Unfortunately, in both cases, due to factors beyond the control of the parties, after obtaining bankruptcy court approval to proceed with each short sale, the prospective buyer backed out of the short sale arrangement.

A supplemental 60-day stay is requested to afford the parties additional time to explore the possibility of resolution of this lawsuit. The parties remain optimistic that this matter can be resolved short of trial.

DATED this __9th__ day of August, 2010

_/s/ Joseph T. Prete_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Wells Fargo Bank, N.A.

DATED this __9th__ day of August, 2010

_/s/ David T. Blake_____
Rodney S. Woodbury, Esq.
Nevada Bar No. 7216
David T. Blake, Esq.
Nevada Bar No. 11059
Woodbury, Morris & Brown
701 N. Green Valley Pkwy., Ste. 110
Henderson, NV 89074
Attorneys for Plaintiff

DATED this __9th__ day of August, 2010

_/s/ Augusta Massey_____
Anthony Zmaila, Esq.
Nevada Bar No. 2319
Augusta Massey, Esq.
Nevada Bar No. 11037
265 East Warm Springs,
Las Vegas, NV 89119
Counsel for the Trustee for Teri Hendricks'
Chapter 7 Bankruptcy Proceeding

IT IS SO ORDERED this 9th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

---

[1] Wells Fargo has also filed two motions to stay proceedings (Docs. 25 and 34), which have not yet been ruled on by this Court.

2