UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERI HENDRICKS,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK et al.,<br><br>        Defendants. | Case No.: 2:09-cv-00252-GMN-PAL<br><br>**ORDER** |

Plaintiff Teri Hendricks has sued Defendant Wells Fargo Bank, N.A. ("Wells Fargo") on multiple causes of action related to the foreclosure of two mortgages on her residence. Several motions are pending before the Court. First is Defendants' Motion for Judgment on the Pleadings, or in the Alternative, for Summary Judgment, and for Stay (ECF Nos. 23, 24). Since then, Wells Fargo has again moved for a stay until the resolution of its pending summary judgment motion. (*See* Mot. Stay, July 23, 2010, ECF No. 34). Plaintiff has also filed a motion for leave to file a late opposition to the summary judgment motion, (*see* Mot. Leave, July 31, 2010, ECF No. 36), as well as a Request to "Withdraw" Requests for Admission (ECF No. 38), which is in substance a motion to strike Defendant's Requests for Admission.

**CONCLUSION**

IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice until the conclusion of Plaintiff's Chapter 7 bankruptcy proceedings.

DATED this 9th day of August, 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE