Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
jes@slwlaw.com
jtp@slwlaw.com

Attorneys for Defendant
Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TERI HENDRICKS, an individual, | ) |
| | ) CASE NO. 2:09-cv-00252-RCJ-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **TO DISMISS COMPLAINT WITH** |
| WELLS FARGO BANK, N.A., a National | ) **PREJUDICE** |
| Banking Association; DOES 1-100; ROE | ) |
| CORPORATIONS 1-100, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties hereto, through their respective counsel of record, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against Wells Fargo Bank, N.A. ("Wells Fargo"), with the parties hereto to bear their own attorneys' fees and costs of suit, and Wells Fargo (and its respective affiliates, predecessors, successors, and assigns) shall be released and discharged from all claims herein alleged by the Plaintiff Teri Hendricks ("Plaintiff").

2. Inasmuch as this action is being dismissed with prejudice as against Wells Fargo, the only defendant named herein, this lawsuit is hereby CLOSED and all pending motions

are hereby VACATED.

3. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Wells Fargo (or any of its affiliates, predecessors, successors, and assigns) relating to the property that is the subject of this action (1974 Verde Mirada Drive, Las Vegas, Nevada 89115, Parcel No. 140-20-313-003) and/or any mortgage, security interest, or foreclosure relating to said property.

4. The parties advise the Court that a trial date was set for May 18, 2010, but was later vacated. No new trial date has been set in this matter.

DATED this 5 day of ~~November, 2010~~ May, 2011

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Wells Fargo Bank, N.A.


DATED this ____ day of November, 2010

NOT REQUIRED
_____
Anthony Zmaila, Esq.
Nevada Bar No. 2319
Augusta Massey, Esq.
Nevada Bar No. 11037
265 East Warm Springs,
Las Vegas, NV 89119
Counsel for the Trustee for Teri Hendricks'
Chapter 7 Bankruptcy Proceeding

DATED this 20th day of ~~November, 2010~~ April, 2011

_____
Rodney S. Woodbury, Esq., NBN 7216
David T. Blake, Esq., NBN 11059
Woodbury, Morris & Brown
701 N. Green Valley Pkwy., Ste. 110
Henderson, NV 89074
Attorneys for Plaintiff


DATED this 20th day of ~~November, 2010~~ April, 2011

_____
Teri Hendricks, Plaintiff

State of Nevada    ) ss:
County of Clark    )

On this 20th day of APRIL, ~~2010~~ 2011, personally appeared before me, a notary public in and for said county and state, Teri Hendricks, known (or proved to me) to be the person who acknowledged to me that he/she executed this document freely and voluntarily and for his/her own uses and purposes.

_____
Notary Public

**IT IS SO ORDERED** this 6th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

PARAMJEET MANGAT
Notary Public, State of Nevada
Appointment No. 09-10929-1
My Appt. Expires Sep 26, 2013

State of NEVADA
County of CLARK
Appeared and Signed before me on this 20th day of APRIL, 2011 by TERI HENDRICKS
_____
Notary